Moore, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John Doherty, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Sophie Duden, Appellant, v. The Lawrence Park Realty Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Patrick Dunn, Respondent, v. New York City Railway Company, Appellant. .— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce recovery of damages to the sum of $2,500, in which event the judgment as modified is affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Josephine Erichs, Appellant, v. Sarah Kennedy, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

German American Metal and Novelty Works, Incorporated, Respondent, v. The Shubert-Anderson Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor and Miller, JJ., concurred; Hooker and Rich, JJ., dissented on the following ground: The allegation of the authority of the defendant's agent McBride is denied by the answer; there is no claim he had actual authority, and the proof of his ostensible authority is merely that he was called general manager and had an office in defendant's building. This is insufficient. (*Camacho* v. *Hamilton Bank Note & Eng. Co.*, 2 App. Div. 369, 371.)

Van V. Gildersleeve, Respondent, v. Walter L. O'Shea and G. Harry O'Shea, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Harry C. Guptill, an Infant, by Henry A. Guptill, His Guardian ad Litem, Respondent, v. The Standard Plunger Elevator Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that Koster was not a superintendent, nor was the act complained of an act of superintendence. No opinion. Jenks, Gaynor and Miller, JJ., concurred; Woodward and Rich, JJ., voted for affirmance.

Rose Hillery, Respondent, v. Long Island Railroad Company, Appellant, and Brooklyn Ferry Company of New York, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Cranford Company, Appellant, for a Peremptory Writ of Mandamus. John H. O'Brien, as Commissioner of Water Supply, Gas and Electricity of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Application of Sophie Marchais La Grave, Respondent, to Examine Frank J. Herbert and Others, Expected Parties to an Action About to